No. 97–1829. WEST, IN HER INDIVIDUAL CAPACITY AND AS A NORTH CAROLINA REVENUE ENFORCEMENT OFFICER, ET AL. *v.* LYNN ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1830. METROPOLITAN GOVERNMENT OF NASHVILLE ET AL. *v.* DOE, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, DOE ET UX. C. A. 6th Cir. Certiorari denied.

No. 97–1832. STRANG ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 97–1835. BORING *v.* BUNCOMBE COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1836. LU *v.* RAVIDA ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1837. CHAPARRAL STEEL CO. *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 97–1838. NORTHEAST CELLULAR TELEPHONE CO. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1839. SANTEE SIOUX TRIBE OF NEBRASKA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. F. 3d 558.

No. 97–1840. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, LOS ANGELES BRANCH, ET AL. *v.* JONES, CALIFORNIA SECRETARY OF STATE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1844. BERNOFSKY *v.* TULANE UNIVERSITY SCHOOL OF MEDICINE, ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND. C. A. 5th Cir. Certiorari denied.

No. 97–1846. ANTI-MONOPOLY, INC. *v.* HASBRO, INC. C. A. 2d Cir. Certiorari denied.